**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

v.                                                    No. 03-6938

CHRISTOPHER MITCHELL,
          *Defendant-Appellant.*

Appeal from the United States District Court
for the Southern District of West Virginia, at Charleston.
John T. Copenhaver, Jr., District Judge.
(CR-90-20-2, CA-03-220-2)

Submitted: November 21, 2003

Decided: December 23, 2003

Before WILKINSON, NIEMEYER, and GREGORY,
Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

## COUNSEL

Christopher Mitchell, Appellant Pro Se. Kasey Warner, United States Attorney, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

Christopher Mitchell, a federal prisoner, appeals the district court's order denying his request for production of documents pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (2000). Our review is limited to determining whether the district court had an adequate factual basis for its decision and whether upon this basis the decision was clearly erroneous. *See Bowers v. U.S. Dep't of Justice*, 930 F.2d 350, 353 (4th Cir. 1991). We have reviewed the record and find no reversible error.

Federal agencies must disclose agency records unless they may be withheld pursuant to one of nine enumerated exemptions listed in § 552(b). Because federal courts do not fall within the definition of "agency" under FOIA, we find that the district court did not err by denying Mitchell's motion to the extent it sought production of documents from the district court in which Mitchell was tried and convicted.

We also find that the district court did not err by denying Mitchell's motion as directed to his former defense counsel and/or defense counsel's former law firm. Such a request is an attorney-client matter, and private counsel and law firms are not subject to FOIA. In any event, Mitchell fails to demonstrate that his claim is nonfrivolous and that the court documents he seeks are indispensable to his claim. *See* 28 U.S.C. § 753(f) (2000); *United States v. Shoaf*, 341 F.2d 832, 833-34 (4th Cir. 1964).

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*